AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 22-275MB | 08/09/2022 5:15 am | Ingris VALLE |

Inventory made in the presence of :
SA Nate Foster, SA Bhavin Patel

Inventory of the property taken and name of any person(s) seized:

25-Firearms
1-37mm Grenade Launcher
1-Bulk amount of firearms magazines
2- Body Armor sets
1-2012 Dodge Ram (black)
1-2018 Jeep Grand Cherokee (white)
1-2015 Dodge Charger (black)
Miscellaneous Documents
6-iPhones
2-Samsung Phones
1-Alcatel Phone
1-Money Counter
Bulk Cash

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/23/2022

BHAVIN N PATEL
Digitally signed by BHAVIN N PATEL
Date: 2022.08.23 14:59:45 -07'00'

*Executing officer's signature*

Bhavin Patel

*Printed name and title*